IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Felicia Dixon _____, Plaintiff

v.

Warden Ryan long _____,

Timothy Usry _____,

Brian Scott _____,

Nevin Johnie _____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Provided to DIXON 163531 free of charge

4.  If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1.  Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.  You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3.  When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

4.  Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to C,d,O,C,-el (defendant(s) or counsel for defendant(s)) at Denver,women (address) on September 20th, 2021.

_____
Plaintiff's Original Signature

5.  The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 8/24/15)                                    2

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Felicia Dixon #163531, PO Box 392005, Denver, CO 80239
(Name, prisoner identification number, and complete mailing address)

Felicia Robinson
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ✓ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: (*Please explain*) _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Long, Ryan, Warden PO Box 392005 Denver, CO 80239.
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

He knowingly + intently allowed his staff to disregard ARs + DOC policy + procedure with write-ups

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: __Usry, Timothy, Associate Warden #2652__
(Name, job title, and complete mailing address)
__PO Box 392005 Denver, CO 80239__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__He knowingly denied my appeals on write-ups that, per ARs he was supose to dismiss, yet refused to do so.__

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: __Scott, Brian, Major #1181__
(Name, job title, and complete mailing address)
__PO Box 392005, Denver, CO 80235__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__He knowingly + blatantly refused to place me in a unit fit for my classification + instead placed me in close custody.__

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Your Honor My 14th + 8th Amendment rights have

Supporting facts: been violated by the Warden, Associate Warden, Major, Lutienants + Maintence Workers at D.W.C.F. This is my complaint. My prison term started in november of 2013. I had been in the denver county jail for 531 days, then I got sentenced + came to DWCF. I began to notice shortly after my arrival, the way the prison was being ran + when I questioned it, I was quickly told by staff (that if you don't like it, grieve it). I began doing that due to issues such as narcotics annonomus, church + schooling not being afforded for my unit wich at the time was close custody. I also grieved the fact that I felt we should be allowed the use of our indoor recreation yard after 5pm. Your honor I had no idea that by doing this I'd start a never ending war, shortly after I started grieving issues, I started recieving numerous false write-ups for offenses I hadn't even committed, and some of these write ups never got signed off by mental health, wich is a mandatory requirement that's in the AR's, (If an offender is a P3M level) mental health must sign off on all write-ups or its an "Automatic dismissal". I have tried to appeal previous write-ups but our hearing Lt Speaks has never (crown) dismissed non of my write-ups, nor has the Associate Warden Usry + the Warden himself. I have made the Warden

aware of his staff's behavior but he has constantly turned a blind eye & a deaf ear to what is going on. The retaliation has also lead staff to place me in extremely unsafe, mentally ill, violent units. Such as RTP unit #6. Your honor for nearly 6 months I was in this unit unjustified & prescribed no meds. I was also violently attacked by an extremely violent offender. I was bit viciously on my breast (she broke skin) & also nearly bit off my right middle finger. I still have no knowledge if charges were ever filed on her for this assault. I requested to leave RTP & was penalized by Major Brain Scott & other members of the RTP chair board. I was then sent to close custody wich is another well known violent unit. Your honor in all the years I've given Dwcf & including my 531 days in county jail in denver I have never had a violent history. Yet Dwcf began placing me in such units as a form of retaliation. I also want to state that RTP staff did not protect me at all from that assault. I did grieve this assault & all it did was

cause more staff retaliation. I began to recieve numerous negative chrons daily for nothing + now my last (2) case managers have begun taking my Good time due to this. I want to also state that last year December 29th was my scedualed parole hearing but it was canceled due to Covid-19 + postponed all the way to 4-28-21. I finally spoke to a single board member + I was told that "due to my tone of voice I'd need to be seen by a full parole board (wich has never happened before). I then submitted my parole plan wich was a sober home + that was denied due to parole stating "that I have no I.D + only $100.00 in my account. Your honor that is simply unheard of + incomprehensible for me to be denied parole for such frivolus reasons. I then waited 12-13 weeks to be told that I was once again denied parole, reason being "write-ups". + please let me state that the (2) write ups were falsely written + pupusely not dismissed. The first one was for refusing a direct order in RTP + since that is a program for mental health there

Should've been mental health menegating factors that prevented this from becoming a class II write up, yet it wasnt. I also was never afforded an actual hearing. Lt Speaks never approached my cell door + this was on Camera. I explained all this in my appeal + to the warden in person yet he + the associate warden refused to dismiss my write up. I was undressed + using the toliet + unable to give up my meal tray, so for this "I get a class II write-up?" + am not even allowed a hearing on granted a dismissal on my appeal? your honor this is totally unJust + blatant cruel + unusual punishment. My 2nd write up was for abuse of meds wich just so happen to have been a laxitive + yes I admit that I should've taken it at the medication window but thats not a pill that should've caused me to not make parole. I tried to appeal this because on the write up it says "clonidine" but it wasnt + when I mentioned to Lt Speaks that I would appeal + want the pill found brought to my appeal process he said "to late, it was destroyed". So I ended up pleading guilty, in the hopes of

him not taking my clothing "like he threatened to do. Your honor this Lt claimed he'd take my personal cloths like sweats, thermals, Et cetra. I believed + Just plead Guilty, not knowing that this would be the reason for me to be denied my freedom. Once again. I have since my denial from parole in June applied for (2) halfway houses + have been denied for the write-ups / negative chrons that Staff continue to issue me. Your honor please allow me to also state that I have a non-violent F-4 Robery that I have served over my minium for. I was supose to have recieved a 10 yr community correction sentence in 2019 by Judge Laff, but it was taken back + I was re-sentenced to another 6 yr prison term. I finished 1 6 yr sentence with the hopes of finally getting the help I so desperately needed + didnt recieve when I paroled in 2017, wich lead me back to people, places + things + in return I relapsed + committed another offense in 2018. Your honor I was sentenced to 10 yrs community but I strongly feel that due to retalitory issues (I was denied) + re-sentenced to another 6 yr prison term, needless to say I have over my Minium + should've been released.

on parole... after finally going to the parole board on 4-28-21. Yet I wasn't granted an imediate release wich is what I should've gotten considering that I was supose to have seen parole December/January 2021 but didn't. Yet I was denied. So due to this denial, I was able to recieve frivolous write-ups that I wouldn't have recieved had I paroled out on 2-5-21 like I was supose to have done. Your honor I also would like to mention that last summer I slipped + hurt my back when I fell in a puddle of water that had formed a massive puddle in + outside my cell. I layed on the floor until I could be seen by medi-cal + had to be perscribed pain meds. I also had our unit captain at the time who was Captain Garcia take several photos of this leak above my cell door, wich would cause a flood of some sort every time it rained or snowed. I grieved this matter also. + it brought on a world of new maintence issues. The air began to change to freezing cold in my unit, my hot water was turned off. I complained + when it finally (my hot water was fixed) the water pressure was extremely low. I experienced frost bite on numerous occasions. My grievances were purposely held late, delivered late + then denied (claiming I filed out of time) on my steps for this matter. I know my grieving time to file for each step + wouldn't do

any thing to "jeopardize" my exhausting remedy process, yet Dwcf staff maliciously + vandictively abused their power + claimed my grievance was filed out of time. Your honor as I bring this complaint to a close I want to mention something I stated earlier, This facility, Lt, warden, associate warden, have all purposely refused to adhere/acknowledge their own AR# for policy + procedure with proper protocol for write-ups + I have solid proof of this in my past write-ups, that should've been dismissed due to mental health not signing off on them + me being a P3M offender. That being said should say all that I've said, tried to convey + still have yet to say about the blatant illegal, cruel + unusual punishment that I'm being delt by Dwcf + have been for a number of years. Your honor I have participated in several programs since my prison term began in 2013 of November, yet none of it has even been noted or even acknowledged. The parole board member I talked to didn't mention any thing like that, I thought that me recently completing (the SSIC victim impact) would have some impact on my parole decision + it clearly meant nothing. Your honor I am clearly at a loss for words

as to how an F-4 nonviolent Robery offender is being forced to serve nearly 12 yrs!! in the state of Denver Colorado. + how staff can Blatantly, disregard their own Rules + Regulations. This entire matter of my 14th + 8th amendment rights being violated, not to mention the constant retaliation has clearly with out a doubt left me feeling extremely depressed, apprehensive + full of anxiety. I thank you for your time + your consideration, I know you sit on a bench up high that has a saying stating "In God We Trust" + I not only trust God I trust that Justice will prevail + be served. I patiently await your response.

Very
Trully
Yurs

Ms Felicia Dixon

C.C

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I would like to recieve the following for relief #1 expungment of [maj]ority of my write-ups (especially the ones that mental health did'nt sign off on), #2 I [wou]ld like the return of my good time that D.O.C took from me, #3 I would [lik]e to recieve mental health outpatient treatment paid for by the D.O.C. #4 I [wou]ld like to be released/granted imediate release. 3 #5 I am also seeking [an] undetermined amount of monetary damages at this time.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

9-15-2021
(Date)

(Form Revised December 2017)



DWCF **LEGAL MAIL** 9/20/21
FACILITY — DATE REC'D
Taylor   19838   BT
STAFF LAST NAME   ID #   INT
163531 / Dixon   FD
DOC #   OFFENDER LAST NAME   INT