IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 22 2021
JEFFREY P. COLWELL
CLERK

Civil Action No. **1:21-cv-02584-GPG**
(To be supplied by the court)

Felicia Dixon #163531, Plaintiff

v.

Ryan Long,

Brian Scott,

Timothy Usry,

Nevin, Johnie, Defendant(s). (See Attached)

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Felicia Dixon #163531 PO Box 392005, Denver, CO 80239
(Name, prisoner identification number, and complete mailing address)

Felicia Robinson,
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Ryan Long, Warden, 3600 Havana, Denver, Colorado
(Name, job title, and complete mailing address)

80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

He allowed policy + procedure to be disregarded by D.O.C staff regarding write ups.

'Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2


(Defendants)

Johnie, Nevin, Maintenance Worker, 3600 Havana street
Denver, CO 80239

? speaks, S, Lutinent. 3600 Havana street
Denver, CO 80239

Defendant 2: Brian Scott, MaJor, 3600 Havana St.
(Name, job title, and complete mailing address)
Denver, CO 80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

He knowingly, + unjustly placed me in High classification units, placing me in danger.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Timothy Usry, Associate Warden, 3600 Havana St.
(Name, job title, and complete mailing address)
Denver, CO 80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ☒ No (check one). Briefly explain:

He refused to dismiss numerous write-ups that his D.O.C unlawfully wrote on me.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

C. JURISDICTION
*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Your Honor My 14th & 8th amendment rights

Supporting facts: have been violated by the D.W.C.F Staff. this includes the Warden, Associate Warden, Major, Lutienant & maintenance workers. This is my complaint. Your honor my prison term started november 2013. I had been in the denver County Jail for a period of 531 days. & shortly after sentencing came to D.W.C.F when I arrived I noticed the way the prison was being ran & questioned it. I was quickly told by staff that if I did'nt like certain things I should grieve it. I began doing that due to issues such as narcotics annonomous, religious services & schooling not being afforded for my unit which at the time was close custody. I also grieved the fact that after 5pm my unit was not allowed to use our indoor re-creation yard. I had no idea that by me doing this I'd start a never ending war with staff in Dwcf. Shortly after my grievances were filed, I began to recieve write-ups for offenses I had'nt commited. Alote of these were written with out (mental health required signing) wich is a AR# requirement for any offender with a P3M code or higher. I brought this up to our facility Lutienant & Associate & it all fell on deaf ears. I've filed numerous appeals & been dead in the right & still would'nt get a dismissal on none of my previous write-ups. I even reached out to the warden & did my best to convey to him the behavior of his staff Just so that he could finally be made

Aware of his staff's conduct/actions but he has constantly turned a blind eye + deaf ear to what is going on. The retaliation has also lead staff to place me in extremely unsafe, mentally ill, violent units, such as RTP/unit #6. Your honor for nearly 6 months I was in this unit unjustified + perscribed no meds. I was also violently attacked by an extremely violent offender there. She viciously bit my right breast + broke skin. She also bit my right finger + broke though my fingernail. I still have no knowledge if charges were ever filed on her for this assault. I requested to leave RTP + was penalized by Major Brain Scott + other members of RTP chair board. I was sent to close custody, which is on other violent unit. Your honor in all my time in Denver county, 531 days + years in prison I have no violent reports/history. This was a retaliation placing by staff. I also want to note that RTP unit staff did not protect me from this vicious assault + yes I did grieve this issue + once again all it did was cause more staff to retaliate against me. I began to also

recieve numerous negative chrons daily for nothing & due to this my last (2) case managers have taken lots of my goodtime from me. I also want to state that last year December 29th was my scedualed parole hearing, but it was canceled due to covid-19 Quarentin & postponed to April 28th 2021. I finally spoke to a parole board member on that day & was told that I needed to be seen by a full parole board, this has never happened in any of my prior parole hearings. I then submitted my sober home plan & was then told by parole that due to me having no I.D. & only $700.00 in my account that I couldn't maintain my living expenses long at a sober home. I then waited 12-13 wks. for my parole decision to be told I was not leaving & that they wanted me to see them next year, reason being no plan & (2) write up's that on purposely occured Right before I saw parole & shortly after. Your honor please allow me to mention that the first write up was "refusing a direct order" & should've never been written, due to me being in a mental health unit/program. There should have been "mental health menigating factors" that prevented a minor offense as "refusal of an order" to even become a "write-up"!

Please allow me to also mention that I wasn't even afforded an actual hearing for this write-up & it's on camera. I said this to the warden & Associate warden Yet My write-up was not dismissed. I have also tried to apply for community since my parole denial & continue to be denied for me having excessive negative chrons on me. The other write-up that I recieved shortly After seeing parole was for "med Abuse". It was Just my laxitive & the hearings Lutenant destroyed the evidence so I couldnt even Appeal/fight it. & threatend to take my warm sweat Shirt if I pursued the issue, so yes I plead guilty. Your honor I have served way over my minium on this new 6yr term I was given back in December of 2019. I have been incarserated for this new offense since June of 2018. I Also want to say prior to those (2) write-ups I had been write-up free for a little over a year. I find it incomprehensible that the parole/D.O.C/the state of Denver, CO is really trying to make me serve My full 6 yrs or even 5! for a non violent F-4 offense. All it is, is "Mass incarseration" instead of "Mass Rehabilitation", wich is something I've never had (outside of prison) & what "I really do need". I have completed & done

Just about every program that this facility has to offer. I recently finished an SSIC course on drugs, Alcohol, & the impact my crime had on the victim & community", yet! non of this was mentioned or brought up by the parole board. There is more I'd like to say in this. Like the issues I've dealt with regarding maintence workers of my cell water & Air ventalation. I have slipped & fell & hurt my back due to my cell being flooded. I have grieved this issue & my grievances were purposely with held & when finally given to me, I was told my filing time was off. I have expirenced Frost bite! for the first time last winter, due to only cold water running in my cell & freezing air blowing out of my air vents. I constantly have colds & remain sick. Then theres the "10-6 am staff that likes to open & shut emergency doors by my cell door all night long". I've been dealing with lots of forms of Staff abuse/retalitory conduct & it has caused me to be extremely depressed & apprehensive in my dealings with others, it's also causing lots of anxiety. I have solid proof that lots of write-ups were wrongfully & purposely "not dismissed". I ask that you please

be A Magistrate Judge who will not only take all I've just conveyed into consideration, but be A Magistrate Judge who trully believes in the wording above his bench, that clearly says: "In God we Trust", because "I too believe in God" + Also in *Liberty + in *Justice For All.

Magistrate Judge Gordon. P. Gallagher thanks so much for your time + the patience you've shown thus by informing me of prior errors in My first claim attempt

I patiently awaite your response
Good Day!

Very
Truly
Yours. Ms. [signature]

E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____


F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

　　✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

　　✓ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I am seeking the following relief. #1 Immediate release from prison + placed on parole, #2 Dismissals of numerous write-ups that were purposely not dismissed (nor should've been written) #3 I want All wrongfully taken good time/earn time returned, #4 I want Out patient mental health treatment paid by D.O.C. #5 I am also seeking Monetary Damages + at this time it is an undetermined Amount. #6 I Also want All my outside medical (physical) treatment paid for by D.O.C. (due to numerous injuries suffered in their care.).

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

10-16-21
(Date)

(Form Revised December 2017)

6

challenging Immigration and Naturalization Service proceedings. This is not a complete list and you may use this form to raise any other claims for relief you may have that are appropriate in a 28 U.S.C. § 2241 action. This form may not be used to assert claims challenging the conditions of your confinement, such as medical treatment claims.

3. When your habeas corpus application is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

4. Each original document (except the original habeas corpus application) must include a certificate stating the date a copy of the document was mailed to the respondent(s) or his or her attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to C.D.O.C.-el (respondent(s) or counsel for respondent(s)) at 3600 Havana Street (address) on October 20th, 2021.

_____
Applicant's Original Signature

5. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 8/24/15)            2



Colorado Department Of Corrections
Name: Felicia Dixon
Register Number: 163531
Unit: 3A 4
Box Number: PO Box 392005
City, State, Zip: Denver, CO 80239

7015 1520 0001 7492 3256

CERTIFIED MAIL

neopost 10/20/2021 US POSTAGE $007.73
ZIP 60216
041L12205053

Att: Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room #A105
Denver, CO. 80294-3589