#1

Date: 1-23-2022
To: Magistrate Judge Gordon P. Gallagher
From: Ms. Felicia Dixon #163531   Civ #1:21-cv-02584-GPG Dixon, V long et al
Re: To Enlighten the courts About Why I have been delayed in my civil suite

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 28 2022
JEFFREY P. COLWELL
CLERK

Dear Magistrate Judge G. Gallagher,

Good morning, I have a great deal to discuss, please excuse my delay in my civil suite, but once I explain to you the chain of events that have taken place since early November you will understand. I was extremely ill on 11-19-21, I couldn't breath or swallow. I assumed I had Covid-19. I was tested & placed in solitary confinement. I was told a few days later that I had a horrible throat infection & I was placed on antibiotics for 8 days. Someone had placed something <u>harmful</u> in my <u>folgers coffee</u>.

My property did not follow me to solitary confinement & I was told it was <u>lost</u>. I was devastated knowing I had a <u>civil</u> matter to attend to. I just recently got my legal documents back after the first week of January! So all this time I've been w/out my notes & my court papers. I also wasn't recieving any mail from the courts. I wasn't sure of the courts exact address & I kited the prison Library & I was ignored.

I have been in limbo all this time Judge. I just recieved mail from the courts on the 9th & 11th of January, but it was dated 12-21-2021 & 12-22-21. DWCF is also opening my legal mail, claiming it was an accident. The mail room here has been delaying & playing with my mail. I do not want this case to be dismissed. I worked very hard putting my claim together 2 times for the courts. I recall "The courts stating I didn't file it correctly the first time, so I Re-submitted" Another one.

It is now no fault of my own as to why this facility w/held my legal work from me other then to "purposely Delay My process" so the courts would Dismiss My claim.

I also want to acknowlege that I understand what the courts is asking of me. & I will make it my #1 priority to have a "Clear Concise statement of nature & events of injury that I suffered. I will mention all times & dates of the circumstances of the Act, omission, or events I'm complaining about.

I am asking that the court please allow me another chance to pursue this civil complaint & if possible please take into consideration that I am acting as "pro se" & am presently in "Special housing", so I have to depend on Unit Staff & the facility Law Clerk to assist me & it takes weeks sometime for a response (IF ANY).

To say I need legal assistance is in understatement. I really need proper legal representation. I understand this order must come from you.

I also want it noted I am enclosing A copy of the grievance I filed in regards to my missing property, I still haven't recieved a response but I wanted to let the courts know I wasn't okay

with My Legal Documents Disappearing

please get back to me on me continuing with this civil suite & Let me know ("precisely")

what The court would like me to do next ⟶

3. I will do so.

thanks for your time & consideration

Very
Trully
yrs

M S Fathi

AR Form 850-04B (12/01/18)

## Offender Grievance

| Offender Must Complete | |
|---|---|
| Name: Felicia Dixon | DOC #: 163531 |

Grievance number (complete for Steps 2 and 3, only):

Instructions:

| | |
|---|---|
| 1. Fill out identifying data in space provided. (Must be legible.) | *This space must remain blank* |
| 2. Clearly state basis for grievance or grievance appeal. | *This space must remain blank* |
| 3. State specifically what remedy you are requesting. | *This space must remain blank* |
| 4. Remedy must remain consistent. | *This space must remain blank* |

Subject of Grievance and Requested Meaningful Remedy: On 11-19-2021 I came to unit 4 as a possible covid 19 issue. I was later told I didn't have it. I was only given my sheets + a few hygiene items. On 11-23-2021 I was given my greens + my other couple shampoo products. The rest of my property was missing. My question is how? I had a single cell + only unit staff was allowed to enter my cell. All my personal property I had bought from catalog / All my recent legal material is now gone. I had I shake down by unit #4 Steady Sergeant Woodside + she verified that the following items I am about to list are not in my possession: 1 Black Box w/ new + old legal documents / law material for recent civil suite. Also personal property papers letters school books / Catalog: 1 Alarm clock $9.96, 1 Hot Coffee Maker $23.93, 1 Sweat pants $7.47, 1 Thermal Top $2.99, 2 bras $14.99, 1 Fleece Shorts $15.85, 1 Glasses $2.00 / Covergirl: 4 Classic Tan $8.23, 4 Shimmering sand eyeshadow $5.23, 1 Pink frost lipstck, 2 cafe lipstck and 1 red lipstck All 1.23 Each, 1 Mascara, And 1 Sweat shirt $7.47. Staff is clearly responsible for these missing items therefore I'm asking (Remedy) To be fully refunded my full refund for my stolen/missing property Total $162.29¢

Offender Signature: Ms Felicia Dixon       Date: 12-15-2021

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) (1) 2 3 |
|---|---|---|

Signature: Cherice Shelton

| Print Name and DOC Employee ID #: Cherice Shelton #29353 | Date received: 02/02/2022 |
|---|---|

Attachment B
Page 1 of 1

(To Court)

PS please Excuse the Extra days of Delay, I am in A special housing unit & unit staff made it Extremely impossible for me to Mail this out to the courts Certified Mail/return reciept

I had to wait nearly 2 wks to get A mailroom staff to come to my unit w/ paperwork for me to sign.

once again
Thanks for your patience
& I await your Reply!

MSK

Denver Women. com. facility
PO Box # 392005
Denver, CO 80239

COLORADO DEPARTMENT OF CORRECTIONS
DENVER RECEPTION AND DIAGNOSTIC CENTER
OFFENDER MAIL

ATTn: Magistrate Judge Lewis. T. Babcock
Alfred. A. Arraj US Court House
901 19th Street
Denver 

neopost 02/25/2022
US POSTAGE $000.53
ZIP 80216
041L12205053

FACILITY: DWCF
STAFF LAST NAME: Olson
DOC #: 163531
OFFENDER LAST NAME: [illegible]
ID#: essie
INT: [illegible]
DATE REC'D: 6-24-22
INT: [illegible]