IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02584-LTB-GPG

FELICIA DIXON,

Plaintiff,

v.

RYAN LONG, Warden,
TIMOTHY USRY,
BRIAN SCOTT,
NEVIN JOHNIE,
S. SPEAKS,

Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

On July 21, 2022, Plaintiff filed a Letter (ECF No. 17), referencing a payment made to the court from her inmate account. She requests a return of all funds sent to the Court for this action and that no further funds be taken from her account because this case was dismissed. (*Id.*). Plaintiff's request is **DENIED**.

The October 28, 2021 Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 7) explained to Plaintiff that even though she was granted leave to proceed *in forma pauperis* under § 1915, she was required to pay an initial partial filing fee of $61.33, and she was required to make monthly payments until she had paid the total filing fee of $350. (ECF No. 7). The October 28 Order also stated ""Plaintiff is required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action." (ECF No. 7 at 2). Finally, Plaintiff authorized payments to be withdrawn from her account for payment of the $350.00 fee. (ECF No. 5 at 10).

"Filing fees are part of the costs of litigation." *Lucien v. DeTella,* 141 F.3d 773, 775 (7th Cir. 1998); *see also Burgess v. Daniels*, 578 F. App'x 747 (10th Cir. 2014 (no legal authority to support a petitioner's request for a refund of his filing fee). Prisoner cases are not an exception. "[A] congressional objective in enacting the PLRA was to 'mak[e] all prisoners seeking to bring lawsuits or appeals feel the deterrent effect created by liability for filing fees.'" *Goins v. Decaro*, 241 F.3d 260, 261-62 (2d Cir. 2001) (citation omitted). Plaintiff does not cite any legal authority authorizing this Court to

refund the partial filing fee paid or to stop collecting filing fees in this action until the full $350.00 fee has been paid.

Dated: August 17, 2022

_____